SUE FAHAMI
Acting United States Attorney
Nevada Bar No. 5634
JEFFREY E. STAPLES, Washington Bar No. 45035
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
E-Mail: jeff.staples@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZENIA BROWN, | Case No. 2:25-cv-00383-JCM-NJK |
| Plaintiff, | |
| v. | **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

The parties, through their respective counsel, stipulate to the following matters. The Commissioner's final decision should be reversed and remanded for further administrative proceedings before an Administrative Law Judge (ALJ). The ALJ should further develop the record, offer Plaintiff a new hearing, and issue a new decision. The ALJ should reevaluate the evidence and the step-five finding, as necessary.

Remand should be made under sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Plaintiff should be entitled to reasonable attorney fees and expenses pursuant to

28 U.S.C. § 2412(d), upon proper request to this Court. Plaintiff should be entitled to costs as enumerated in 28 U.S.C. § 1920, under 28 U.S.C. § 2412(a).

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the Commissioner's final decision.

Dated: July 2, 2025    Respectfully submitted,

*/s/ John Metsker*
JOHN METSKER
(*as authorized via email)
Attorney for Plaintiff

Dated: July 2, 2025    Respectfully submitted,

SUE FAHAMI
Acting United States Attorney

*/s/ Jeffrey E. Staples*
JEFFREY E. STAPLES
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

\[signature\]
HON. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

DATED: July 3, 2025

**CERTIFICATE OF SERVICE**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard, Baltimore, MD 21235. I am not a party to the above-entitled action. On the date set forth below, I caused a copy of the above **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** to be served upon the following by:

**CM/ECF:**
John Metsker
jmetsker@metskerlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 2, 2025

/s/ *Jeffrey E. Staples*
JEFFREY E. STAPLES
Special Assistant United States Attorney

3